# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-7007**             **September Term, 2006**

06cv02189

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 9/20/07
BY: _____, Deputy Clerk
ATTACHED: __ Amending Order
            __ Opinion
            __ Order on Costs

Filed On:

Phillippi S. Lowe,
        Appellant

v.

Washington, D.C., Clerks,
        Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG - 8 2007

CLERK

## ORDER

By order filed May 8, 2007, directing appellant to file his brief and appendix to this court, by June 7, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's May 8, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                    BY: _____
                                Elizabeth V. Scott
                                Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk